Laura C. KOSCKI, an individual,
Plaintiff–Appellant,

v.

CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware Corporation, Defendant–Appellee.

No. 05–56950.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

Laura C. Koscki, Seal Beach, CA, pro se.

Alexandra A. Roje, Esq., Latham & Watkins, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Laura Koscki appeals pro se from the district court's order rejecting her motion to reconsider its order dismissing her action against her former employer, Consolidated Freightways Corporation of Delaware. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *Casey v. Albertson's Inc.*, 362 F.3d 1254, 1257 (9th Cir.2004), and we affirm.

The district court did not abuse its discretion in refusing to reconsider its judgment dismissing Koscki's action with prejudice, where Koscki's counsel requested dismissal with prejudice and Koscki filed her motion to reconsider 9 months after judgment was entered. *See* Fed.R.Civ.P. 59(e) ("Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment."); Fed.R.Civ.P. 60(b) (motion for relief from judgment must demonstrate, inter alia, mis-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**566**

take, newly discovered evidence, fraud of an adverse party, or another reason justifying relief).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.